# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HARRY DOUGHERTY, EXECUTOR OF THE ESTATE OF GERALD DOUGHERTY, DECEASED, <br><br> Plaintiff <br><br> v. <br><br> KWLT LLC, t/d/b/a PLATINUM PLUS, <br><br> Defendant <br><br> v. <br><br> ELITE EXECUTIVE PROTECTION, LLC, <br><br> Third Party Defendant | CIVIL ACTION <br> NO. 17-0184 |

## ORDER

**AND NOW**, this 26th day of September, 2017, upon consideration of Defendant, KWLT, LLC t/d/b/a Platinum Plus's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 6), filed February 20, 2017;[1] upon consideration of Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 7) filed March 1, 2017; upon consideration of the Reply to Plaintiff's Opposition of Defendant, KWLT, LLC t/d/b/a Platinum Plus's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 8) filed March 8, 2017; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the motion to dismiss is **GRANTED** in part, and **DENIED** in part as follows:

---

[1] A Memorandum of Law in Support of Motion of Defendant, KWLT, LLC t/d/b/a Platinum Plus to Dismiss Plaintiff's Complaint was filed in conjunction with the motion to dismiss. See Dkt. No. 6-2.

1. The motion to dismiss is **GRANTED** insofar as Defendant KWLT, LLC seeks to dismiss the following averments from the Complaint: Count I (Negligence) - ¶ 28(a), (i), and (j) and Count IV (Survival) - ¶ 39(a), (i), and (j).

2. In all other respects, the motion to dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant KWLT, LLC shall have fourteen (14) days from the date of this Order to file an answer to Plaintiff's Complaint.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge